UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bryan Robbins and Marvin Feiges,

            Plaintiff(s),                      Case No. 14-50538

v.                                        Honorable Matthew F. Leitman

Coca-Cola Company,

            Defendant(s).
_____/

### ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: April 28, 2014                              s/Matthew F. Leitman
                                                          Matthew F. Leitman
                                                          U.S. District Judge

---

     Pursuant to this order, this case is reassigned to Judge Bernard A. Friedman.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

     I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: April 28, 2014                              s/ S Schoenherr
                                                          Deputy Clerk