UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bryan Robbins

Plaintiff(s),

Case No. 14-50538

v.

Honorable Bernard A. Friedman

Coca-Cola Company

Defendant(s).

_______________________________________/

**ORDER RE: DISQUALIFICATION OF JUDGE**

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: April 30, 2014

s/Bernard A. Friedman
Bernard A. Friedman
U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Avern Cohn.
Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: May 1, 2014

s/ S Schoenherr
Deputy Clerk